IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEDELL KINSEY,

    Petitioner,                       No. CIV S-07-1798 FCD GGH P

    vs.

A. HEDGPETH,

    Respondent.                  <u>ORDER</u>

                                  /

Petitioner has requested an extension of time to file his objections to the September 14, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's September 27, 2007 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his objections to the September 14, 2007 findings and recommendations

DATED: 10/11/07

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:bb/kins1798.111